Evelyn Howard, Administrator of Estate of Earl Robert Howard, Deceased, Appellee, v. Charles Ind and Raymond Hart, Appellants.

Gen. No. 9,881.

opinion filed August 19, 1943; rehearing denied October 5, 1943. Welsh & Welsh, for appellants; C. K. Welsh, of counsel; Miller, Thomas & Hickey, for appellee; L. C. Miller and Francis E. Hickey, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full.